IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MELANIE S. BERLIE, | ) | |
| | ) | |
| Defendant. | ) | |

On February 14, 2006, a dispositional hearing was held.  The defendant appeared in person with her attorney, John C. Vanderslice.  The United States was represented by Sara E. Fullerton, Assistant United States Attorney.  Upon accepting the defendant's admission to allegation 1 that she violated Standard Condition No. 8 of her conditions of supervision, the Court found that the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 47).

IT IS ORDERED that defendant's supervised release is revoked, and the Court reimposes a period of twelve (12) months of supervised release under the previous terms and conditions contained in the Amended Judgment filed January 4, 2002, (filing 45), with no home confinement and the defendant shall reside at the New Way Home For Women in Recovery until further directed by the probation officer.

All other terms and conditions of supervision, both general and special, shall remain the same.

DATED: February 16, 2006.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge